**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7632**

DONTAE SPIVEY,

    Plaintiff - Appellant,

    v.

CORRECTIONAL MEDICAL SERVICES,

    Defendant - Appellee,

    and

PRISON HEALTH SERVICE, INCORPORATED,

    Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge. (1:07-cv-01272-JFM)

Submitted:  June 6, 2008          Decided:  June 25, 2008

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dontae Spivey, Appellant Pro Se.  Katrina J. Dennis, KRAMON & GRAHAM, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontae Spivey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Spivey v. Corr. Med. Servs.</u>, No. 1:07-cv-01272-JFM (D. Md. Oct. 4, 2007). We deny Spivey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>